UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR FULFORD,<br><br>        Plaintiff(s),<br><br>  v.<br><br>LOGITECH INC,<br><br>        Defendant(s).<br>_____/ | No.  C 08-02041 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: May 5, 2008                                     */s/ Kristen E. Law*
                                                                    Signature

                                                                    Counsel for  Arthur Fulford, Plaintiff
                                                                    (Name or party or indicate "pro se")