**United States District Court**
For the Northern District of California

1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6  ARTHUR FULFORD,                                   No. C-08-02041 JCS
7          Plaintiff(s),                             NOTICE OF IMPENDING
                                                     REASSIGNMENT TO A UNITED
8      v.                                            STATES DISTRICT COURT JUDGE
9  LOGITECH INC,
10         Defendant(s).
                                                /
11
12     The Clerk of this Court will now randomly reassign this case to a United States District
13  Judge because either:
14     [X] One or more of the parties has requested reassignment to a United States District Judge
15  or has not consented to the jurisdiction of a United States Magistrate Judge, or
16     [] One or more of the parties has sought a type of judicial action (e.g., a temporary
17  restraining order) that a United States Magistrate Judge may not take without the consent of all
18  parties, the necessary consents have not been secured, and time is of the essence.
19     ALL HEARING DATES PRESENTLY SCHEDULED BEFORE MAGISTRATE JUDGE
20  SPERO ARE VACATED AND SHOULD BE RE-NOTICED FOR HEARING BEFORE THE
21  JUDGE TO WHOM THIS CASE HAS BEEN REASSIGNED..
22
23  Dated: May 5, 2008
                                                     Richard W. Wieking, Clerk
24                                                   United States District Court
25                                                   *Karen L. Hom*
                                                     By: Karen L. Hom
26                                                   Deputy Clerk
27  cc: Intake
28