1  Jonathan D. Selbin (State Bar No. 170222)
   jselbin@lchb.com
2  Kristen E. Law (State Bar No. 222249)
   klaw@lchb.com
3  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   Embarcadero Center West
4  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
5  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008

6

   David P. Meyer (Ohio Bar # 0065205) (*pro hac vice* to
7  be filed)
   dmeyer@dmlaws.com
8  Matthew R. Wilson (Ohio Bar #0072925) (*pro hac vice*
   to be filed)
9  mwilson@dmlaws.com
   DAVID P. MEYER & ASSOCIATES, CO., LPA
10 1320 Dublin Road, Ste. 100, Columbus, Ohio 43215
   Tel: (614) 224-6000
11 Fax: (614) 224-6066

12 Attorneys for Plaintiff and the Proposed Class

13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

| 17 | ARTHUR FULFORD, on behalf of himself and all others similarly situated, | Case No.  C 08-02041 JCS |
|---|---|---|
| 18 | Plaintiff, | |
| 19 | v. | **STIPULATION AND [PROPOSED] ORDER** |
| 20 | LOGITECH, INC., a California corporation, and DOES 1-100, inclusive, | |
| 21 | | |
| 22 | Defendants. | |

23

24         Pursuant to Northern District Civil Local Rules 5 and 6-1(a), Plaintiff ARTHUR

25 FULFORD ("Plaintiff") and Defendant LOGITECH, INC. (hereinafter "Defendant")

26 (collectively, the "Parties"), by and through their undersigned counsel, hereby agree that

27 Defendant Logitech, Inc. shall have up to and including June 26, 2008 (extended from May 27,

28 2008) to file its response to Plaintiff Arthur Fulford's Complaint.  The Parties further agree that if

1  an amended complaint is filed, the deadline for Defendant to answer or otherwise respond to an
2  amended compliant will be reset consistent with the Federal Rules of Civil Procedure and this
3  Court's local rules. Nothing herein shall serve as a waiver of any party's claims or defenses in
4  this matter.

5    IT IS SO STIPULATED:

6  Dated: May 28, 2008         LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

7
8                              By: _____
                                   Kristen E. Law
9
                               Jonathan D. Selbin
10                             Kristen E. Law
                               275 Battery Street, 30th Floor
11                             San Francisco, CA 94111-3339
                               Telephone: (415) 956-1000
12                             Facsimile: (415) 956-1008

13                             David P. Meyer
                               Matthew R. Wilson
14                             DAVID P. MEYER & ASSOCIATES CO., LPA
                               1320 Dublin Road, Suite 100
15                             Columbus, Ohio 43215
                               Telephone: (614) 224-6000
16                             Facsimile: (614) 224-6066

17                             Attorneys for Plaintiff and the Proposed Class

18  Dated: May 23, 2008         LOGITECH, INC.

19                              By: _____
                                    Lisa Launer
20
                                Lisa Launer  - (184294)
21                              6505 Kaiser Drive
                                Fremont, CA 94555-3614
22                              Telephone: (510) 713-5156
                                Facsimile: (510) 713-4645
23
                                Attorney for Defendant
24

25
    PURSUANT TO STIPULATION, IT IS SO ORDERED.
26

27  DATED: May ___, 2008        _____
28                                         Hon. Maxine M. Chesney

- 2 -