1  Jonathan D. Selbin (State Bar No. 170222)
   jselbin@lchb.com
2  Kristen E. Law (State Bar No. 222249)
   klaw@lchb.com
3  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   Embarcadero Center West
4  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
5  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
6
   David P. Meyer (Ohio Bar # 0065205) (*pro hac vice* to
7  be filed)
   dmeyer@dmlaws.com
8  Matthew R. Wilson (Ohio Bar #0072925) (*pro hac vice*
   to be filed)
9  mwilson@dmlaws.com
   DAVID P. MEYER & ASSOCIATES, CO., LPA
10 1320 Dublin Road, Ste. 100, Columbus, Ohio 43215
   Tel: (614) 224-6000
11 Fax: (614) 224-6066

12 Attorneys for Plaintiff and the Proposed Class

13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

17 | ARTHUR FULFORD, on behalf of himself and all others similarly situated, | Case No.  C 08-02041 JCS

18 | Plaintiff,

19 | v. | **STIPULATION AND [PROPOSED] ORDER**

20 | LOGITECH, INC., a California corporation, and DOES 1-100, inclusive,

21 |

22 | Defendants.

23

24          Pursuant to Northern District Civil Local Rules 5 and 6-1(a), Plaintiff ARTHUR

25 FULFORD ("Plaintiff") and Defendant LOGITECH, INC. (hereinafter "Defendant")

26 (collectively, the "Parties"), by and through their undersigned counsel, hereby agree that

27 Defendant Logitech, Inc. shall have up to and including June 26, 2008 (extended from May 27,

28 2008) to file its response to Plaintiff Arthur Fulford's Complaint.  The Parties further agree that if

1  an amended complaint is filed, the deadline for Defendant to answer or otherwise respond to an
2  amended compliant will be reset consistent with the Federal Rules of Civil Procedure and this
3  Court's local rules. Nothing herein shall serve as a waiver of any party's claims or defenses in
4  this matter.

IT IS SO STIPULATED:

Dated: May 28, 2008

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: _____
Kristen E. Law

Jonathan D. Selbin
Kristen E. Law
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

David P. Meyer
Matthew R. Wilson
DAVID P. MEYER & ASSOCIATES CO., LPA
1320 Dublin Road, Suite 100
Columbus, Ohio 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

Attorneys for Plaintiff and the Proposed Class

Dated: May 23, 2008

LOGITECH, INC.

By: _____
Lisa Launer

Lisa Launer - (184294)
6505 Kaiser Drive
Fremont, CA 94555-3614
Telephone: (510) 713-5156
Facsimile: (510) 713-4645

Attorney for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 30, 2008

_____
Hon. Maxine M. Chesney

- 2 -