1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    PHILIP S. WARDEN (State Bar No. 54752)
2   philip.warden@pillsburylaw.com
    50 Fremont Street
3   Post Office Box 7880
    San Francisco, CA  94120-7880
4   Telephone:  (415) 983-1000
    Facsimile:   (415) 983-1200
5
    PILLSBURY WINTHROP SHAW PITTMAN LLP
6   DAVEED A. SCHWARTZ (State Bar No. 200046)
    daveed.schwartz@pillsburylaw.com
7   400 Capitol Mall, Suite 1700
    Sacramento, CA  95814-4419
8   Telephone:  (916) 329-4700
    Facsimile:   (916) 441-3583
9
    Attorneys for Defendant
10  LOGITECH, INC.

11

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14   _____
                                    )
15   ARTHUR FULFORD, on behalf of himself  )   Case No. C 08-02041 MMC
     and all others similarly situated,,   )
16                                    )
                         Plaintiff,   )   STIPULATION AND [PROPOSED]
17                                    )   ORDER
            vs.                       )
18                                    )
     LOGITECH, INC., a California corporation,  )
19   and DOES 1-100, inclusive,,      )
                                      )
20                       Defendants.  )
     _____   )
21

22          Pursuant to Northern District Civil Local Rules 5 and 6-1(a), Plaintiff ARTHUR

23   FULFORD ("Plaintiff") and Defendant LOGITECH, INC. (hereinafter "Defendant")

24   (collectively, the "Parties"), by and through their undersigned counsel, hereby agree that

25   Defendant Logitech, Inc. shall have up to and including July 24, 2008 (extended from

26   June 26, 2008) to file its response to Plaintiff Arthur Fulford's Complaint.  The Parties

27   further agree that if an amended complaint is filed, the deadline for Defendant to answer or

28   otherwise respond to an amended compliant will be reset consistent with the Federal Rules

1     of Civil Procedure and this Court's local rules.  Nothing herein shall serve as a waiver of

2     any party's claims or defenses in this matter.

3         IT IS SO STIPULATED:

4     Dated:  June 18, 2008         LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

5                     By:       /s/ Kristen E. Law
                            Kristen E. Law

6

7                     Jonathan D. Selbin
                    Kristen E. Law
                    275 Battery Street, 30th Floor

8                     San Francisco, CA  94111-3339
                    Telephone:  (415) 956-1000

9                     Facsimile:  (415) 956-1008

10                    David P. Meyer
                    Matthew R. Wilson

11                    DAVID P. MEYER & ASSOCIATES CO., LPA
                    1320 Dublin Road, Suite 100

12                    Columbus, Ohio 43215
                    Telephone:  (614) 224-6000

13                    Facsimile:  (614) 224-6066

14                    Attorneys for Plaintiff and the Proposed Class

15

16     Dated:  June 18, 2008         PILLSBURY WINTHROP SHAW PITTMAN LLP

17                    By:       /s/ Philip S. Warden
                            Philip S. Warden

18                    PHILIP S. WARDEN (State Bar No. 54752)

19                    50 Fremont Street
                    Post Office Box 7880

20                    San Francisco, CA  94120-7880
                    Telephone:   (415) 983-1000

21                    Facsimile:   (415) 983-1200

22                    DAVEED A. SCHWARTZ (State Bar No. 200046)
                    400 Capitol Mall, Suite 1700

23                    Sacramento, CA  95814-4419
                    Telephone:   (916) 329-4700

24                    Facsimile:   (916) 441-3583

25                    Attorneys for Defendant LOGITECH, INC.

26

27

28

1          **ATTESTATION**

2          I attest that signatory Kristen E. Law has concurred in the filing of this document

3   on this date.

4   Dated:  June 18, 2008          PILLSBURY WINTHROP SHAW PITTMAN LLP

5                                  By:          /s/ Philip S. Warden__

6                                      Philip S. Warden (State Bar No. 54752)
                                       50 Fremont Street
7                                      Post Office Box 7880
                                       San Francisco, CA  94120-7880
8                                      Telephone:  (415) 983-1000
                                       Facsimile:   (415) 983-1200
9
                                       Daveed A. Schwartz (State Bar No. 200046)
10                                     400 Capitol Mall, Suite 1700
                                       Sacramento, CA  95814-4419
11                                     Telephone:  (916) 329-4700
                                       Facsimile:   (916) 441-3583
12                                     Attorneys for Defendant LOGITECH, INC.

13

14

15  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

16

17  Dated:  June __, 2008

18                                     Hon. Maxine M. Chesney
                                       United States District Court Judge

19

20

21

22

23

24

25

26

27

28