| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | PHILIP S. WARDEN (State Bar No. 54752) |
| 2 | philip.warden@pillsburylaw.com |
|   | 50 Fremont Street |
| 3 | Post Office Box 7880 |
|   | San Francisco, CA  94120-7880 |
| 4 | Telephone:  (415) 983-1000 |
|   | Facsimile:   (415) 983-1200 |
| 5 | |
|   | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 6 | DAVEED A. SCHWARTZ (State Bar No. 200046) |
|   | daveed.schwartz@pillsburylaw.com |
| 7 | 400 Capitol Mall, Suite 1700 |
|   | Sacramento, CA  95814-4419 |
| 8 | Telephone:  (916) 329-4700 |
|   | Facsimile:   (916) 441-3583 |
| 9 | |
|   | Attorneys for Defendant |
| 10 | LOGITECH, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTHUR FULFORD, on behalf of himself and all others similarly situated,, | ) ) ) | Case No. C 08-02041 MMC |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER |
| vs. | ) ) | |
| LOGITECH, INC., a California corporation, and DOES 1-100, inclusive,, | ) ) ) | |
| Defendants. | ) ) | |

Pursuant to Northern District Civil Local Rules 5 and 6-1(a), Plaintiff ARTHUR FULFORD ("Plaintiff") and Defendant LOGITECH, INC. (hereinafter "Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby agree that Defendant Logitech, Inc. shall have up to and including July 24, 2008 (extended from June 26, 2008) to file its response to Plaintiff Arthur Fulford's Complaint.  The Parties further agree that if an amended complaint is filed, the deadline for Defendant to answer or otherwise respond to an amended compliant will be reset consistent with the Federal Rules

1 of Civil Procedure and this Court's local rules.  Nothing herein shall serve as a waiver of
2 any party's claims or defenses in this matter.
3  IT IS SO STIPULATED:

4 Dated:  June 18, 2008         LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

5              By:      /s/ Kristen E. Law
                           Kristen E. Law
6
             Jonathan D. Selbin
7            Kristen E. Law
             275 Battery Street, 30th Floor
8            San Francisco, CA  94111-3339
             Telephone:  (415) 956-1000
9            Facsimile:  (415) 956-1008

10           David P. Meyer
             Matthew R. Wilson
11           DAVID P. MEYER & ASSOCIATES CO., LPA
             1320 Dublin Road, Suite 100
12           Columbus, Ohio 43215
             Telephone:  (614) 224-6000
13           Facsimile:  (614) 224-6066

14           Attorneys for Plaintiff and the Proposed Class

15

16 Dated:  June 18, 2008         PILLSBURY WINTHROP SHAW PITTMAN LLP

17             By:      /s/ Philip S. Warden
                           Philip S. Warden
18
             PHILIP S. WARDEN (State Bar No. 54752)
19           50 Fremont Street
             Post Office Box 7880
20           San Francisco, CA  94120-7880
             Telephone:   (415) 983-1000
21           Facsimile:   (415) 983-1200

22           DAVEED A. SCHWARTZ (State Bar No. 200046)
             400 Capitol Mall, Suite 1700
23           Sacramento, CA  95814-4419
             Telephone:   (916) 329-4700
24           Facsimile:   (916) 441-3583

25           Attorneys for Defendant LOGITECH, INC.

26

27

28

**ATTESTATION**

I attest that signatory Kristen E. Law has concurred in the filing of this document on this date.

Dated: June 18, 2008          PILLSBURY WINTHROP SHAW PITTMAN LLP

By:       /s/ Philip S. Warden
Philip S. Warden (State Bar No. 54752)
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880
Telephone:  (415) 983-1000
Facsimile:  (415) 983-1200

Daveed A. Schwartz (State Bar No. 200046)
400 Capitol Mall, Suite 1700
Sacramento, CA  95814-4419
Telephone:  (916) 329-4700
Facsimile:  (916) 441-3583
Attorneys for Defendant LOGITECH, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** and the Case Management Conference is hereby CONTINUED to August 29, 2008.  No further stipulations of such nature will be approved absent a showing of good cause.

Dated: June 19, 2008

_____
Hon. Maxine M. Chesney
United States District Court Judge