| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>PHILIP S. WARDEN (State Bar No. 54752) |
| 2 | philip.warden@pillsburylaw.com<br>50 Fremont Street |
| 3 | Post Office Box 7880<br>San Francisco, CA  94120-7880 |
| 4 | Telephone:  (415) 983-1000<br>Facsimile:   (415) 983-1200 |
| 5 | |
| 6 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>DAVEED A. SCHWARTZ (State Bar No. 200046)<br>daveed.schwartz@pillsburylaw.com |
| 7 | 400 Capitol Mall, Suite 1700<br>Sacramento, CA  95814-4419 |
| 8 | Telephone:  (916) 329-4700<br>Facsimile:   (916) 441-3583 |
| 9 | |
| 10 | Attorneys for Defendant<br>LOGITECH, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTHUR FULFORD, on behalf of himself and all others similarly situated,, | ) ) ) | Case No. C 08-02041 MMC |
| Plaintiff, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER** |
| vs. | ) ) | |
| LOGITECH, INC., a California corporation, and DOES 1-100, inclusive,, | ) ) ) | |
| Defendants. | ) ) | |

Pursuant to Northern District Civil Local Rules 5 and 6-1(a), Plaintiff ARTHUR FULFORD ("Plaintiff") and Defendant LOGITECH, INC. (hereinafter "Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby agree that Defendant Logitech, Inc. shall have up to and including August 25, 2008 (extended from July 24, 2008) to file its response to Arthur Fulford's Complaint.  The Parties further agree that if an amended complaint is filed, the deadline for Defendant to answer or otherwise respond to an amended compliant will be reset consistent with the Federal Rules of Civil Procedure and this Court's local rules.

1   Good cause exists for the further extension of time requested herein.  In particular, the
2 Parties are currently discussing the possibility of an early settlement and, due to the complex
3 nature of this action, require additional time evaluate settlement options.  Additionally, in
4 furtherance of their current efforts to reach an early resolution of this action, the parties jointly
5 request that the Case Management Conference currently scheduled for Monday, August 29,
6 2008, be continued to Monday, September 29, 2008.  Nothing herein shall serve as a waiver of
7 any party's claims or defenses in this matter.

8   IT IS SO STIPULATED:

9 Dated:  July 1, 2008        LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

10

By:        /s/ Kristen E. Law
11          Kristen E. Law

12 Jonathan D. Selbin
Kristen E. Law
13 275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
14 Telephone:   (415) 956-1000
Facsimile:   (415) 956-1008
15
DAVID P. MEYER & ASSOCIATES CO., LPA
16 David P. Meyer
Matthew R. Wilson
17 1320 Dublin Road, Suite 100
Columbus, Ohio 43215
18 Telephone:   (614) 224-6000
Facsimile:   (614) 224-6066
19
Attorneys for Plaintiff and the Proposed Class
20

21 Dated:  July 1, 2008        PILLSBURY WINTHROP SHAW PITTMAN LLP

22
By:        /s/ Philip S. Warden
23          Philip S. Warden

24 PHILIP S. WARDEN (State Bar No. 54752)
50 Fremont Street
25 Post Office Box 7880
San Francisco, CA  94120-7880
26 Telephone:   (415) 983-1000
Facsimile:   (415) 983-1200
27

28

| | |
|---|---|
| 1 | DAVEED A. SCHWARTZ (State Bar No. 200046) |
| 2 | 400 Capitol Mall, Suite 1700<br>Sacramento, CA 95814-4419 |
| 3 | Telephone: (916) 329-4700<br>Facsimile: (916) 441-3583 |
| 4 | Attorneys for Defendant LOGITECH, INC. |

**ATTESTATION**

I attest that signatory Kristen E. Law has concurred in the filing of this document on this date.

Dated: July 1, 2008           PILLSBURY WINTHROP SHAW PITTMAN LLP

By:       /s/ Philip S. Warden

Philip S. Warden (State Bar No. 54752)
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Daveed A. Schwartz (State Bar No. 200046)
400 Capitol Mall, Suite 1700
Sacramento, CA 95814-4419
Telephone:    (916) 329-4700
Facsimile:    (916) 441-3583

Attorneys for Defendant LOGITECH, INC.

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING THEREFORE,**

**IT IS SO ORDERED.**

Dated: _____

Hon. Maxine M. Chesney
United States District Court Judge