```
1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    PHILIP S. WARDEN (State Bar No. 54752)
2   philip.warden@pillsburylaw.com
    50 Fremont Street
3   Post Office Box 7880
    San Francisco, CA  94120-7880
4   Telephone:  (415) 983-1000
    Facsimile:   (415) 983-1200
5
    PILLSBURY WINTHROP SHAW PITTMAN LLP
6   DAVEED A. SCHWARTZ (State Bar No. 200046)
    daveed.schwartz@pillsburylaw.com
7   400 Capitol Mall, Suite 1700
    Sacramento, CA  95814-4419
8   Telephone:  (916) 329-4700
    Facsimile:   (916) 441-3583
9
    Attorneys for Defendant
10  LOGITECH, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR FULFORD, on behalf of himself and all others similarly situated,,<br><br>              Plaintiff,<br><br>     vs.<br><br>LOGITECH, INC., a California corporation, and DOES 1-100, inclusive,,<br><br>              Defendants. | Case No. C 08-02041 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER** |

Pursuant to Northern District Civil Local Rules 5 and 6-1(a), Plaintiff ARTHUR FULFORD ("Plaintiff") and Defendant LOGITECH, INC. (hereinafter "Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby agree that Defendant Logitech, Inc. shall have up to and including August 25, 2008 (extended from July 24, 2008) to file its response to Arthur Fulford's Complaint. The Parties further agree that if an amended complaint is filed, the deadline for Defendant to answer or otherwise respond to an amended compliant will be reset consistent with the Federal Rules of Civil Procedure and this Court's local rules.

1  Good cause exists for the further extension of time requested herein.  In particular, the
2  Parties are currently discussing the possibility of an early settlement and, due to the complex
3  nature of this action, require additional time evaluate settlement options.  Additionally, in
4  furtherance of their current efforts to reach an early resolution of this action, the parties jointly
5  request that the Case Management Conference currently scheduled for Monday, August 29,
6  2008, be continued to Monday, September 29, 2008.  Nothing herein shall serve as a waiver of
7  any party's claims or defenses in this matter.

8  IT IS SO STIPULATED:

9  Dated:  July 1, 2008          LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

10

     By:      /s/ Kristen E. Law
11            Kristen E. Law

12   Jonathan D. Selbin
     Kristen E. Law
13   275 Battery Street, 30th Floor
     San Francisco, CA  94111-3339
14   Telephone:   (415) 956-1000
     Facsimile:   (415) 956-1008
15
     DAVID P. MEYER & ASSOCIATES CO., LPA
16   David P. Meyer
     Matthew R. Wilson
17   1320 Dublin Road, Suite 100
     Columbus, Ohio 43215
18   Telephone:   (614) 224-6000
     Facsimile:   (614) 224-6066
19
     Attorneys for Plaintiff and the Proposed Class
20

21  Dated:  July 1, 2008          PILLSBURY WINTHROP SHAW PITTMAN LLP

22
     By:      /s/ Philip S. Warden
23            Philip S. Warden

24   PHILIP S. WARDEN (State Bar No. 54752)
     50 Fremont Street
25   Post Office Box 7880
     San Francisco, CA  94120-7880
26   Telephone:   (415) 983-1000
     Facsimile:   (415) 983-1200

27

28

| | |
|---|---|
| 1 | DAVEED A. SCHWARTZ (State Bar No. 200046) |
| 2 | 400 Capitol Mall, Suite 1700<br>Sacramento, CA  95814-4419 |
| 3 | Telephone:   (916) 329-4700<br>Facsimile:    (916) 441-3583 |
| 4 | Attorneys for Defendant LOGITECH, INC. |

### ATTESTATION

I attest that signatory Kristen E. Law has concurred in the filing of this document on this date.

Dated: July 1, 2008        PILLSBURY WINTHROP SHAW PITTMAN LLP

By:        /s/ Philip S. Warden

Philip S. Warden (State Bar No. 54752)
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880
Telephone:  (415) 983-1000
Facsimile:   (415) 983-1200

Daveed A. Schwartz (State Bar No. 200046)
400 Capitol Mall, Suite 1700
Sacramento, CA  95814-4419
Telephone:       (916) 329-4700
Facsimile:        (916) 441-3583

Attorneys for Defendant LOGITECH, INC.

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING THEREFORE,**

**IT IS SO ORDERED**., with the exception that the Case Management Conference is continued to Friday, September 26, 2008, at 10:30 a.m.  The parties shall file a Joint Case Management Conference Statement no later than September 19, 2008.

Dated:  July 3, 2008                                                                                  
                                                   Hon. Maxine M. Chesney
                                                   United States District Court Judge