**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  ARTHUR FULFORD, on behalf of himself          No. C-08-2041 MMC
    and all others similarly situated,

12                                                **ORDER DIRECTING PLAINTIFF TO**
                  Plaintiff,                      **LODGE CHAMBERS COPY IN**
13                                                **COMPLIANCE WITH GENERAL**
       v.                                         **ORDER 45 AND THE COURT'S**
14                                                **STANDING ORDERS**
    LOGITECH, INC., a California corporation,

15
                  Defendant.
16
    _____/
17

18          On August 11, 2008, plaintiff electronically filed his First Amended Class Action

19  Complaint.  Plaintiff has violated General Order 45 and the Court's standing orders,

20  however, by failing to deliver to the Clerk's Office "no later than noon on the business day

21  following the day that the papers are filed electronically, one paper copy of each document

22  that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the

23  judge's name, case number, and 'Chambers Copy-Do Not File.'" <u>See</u> General Order 45

24  § VII.G; <u>see</u> <u>also</u> Standing Orders For Civil Cases Assigned to The Honorable Maxine M.

25  Chesney ¶ 2.

26          Plaintiff is hereby ORDERED to comply with General Order 45 and the Court's

27  standing orders by immediately submitting a chambers copy of the above-referenced

28  document.  Plaintiff is hereby advised that if he fails in the future to comply with the Court's

1  order to provide chambers copies of electronically-filed documents, the Court may impose

2  sanctions, including, but not limited to, striking from the record any electronically-filed

3  document of which a chambers copy has not been timely provided to the Court.

4      **IT IS SO ORDERED.**

5

6  Dated: August 18, 2008

MAXINE M. CHESNEY
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28