PILLSBURY WINTHROP SHAW PITTMAN LLP
PHILIP S. WARDEN (State Bar No. 54752)
philip.warden@pillsburylaw.com
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880
Telephone:  (415) 983-1000
Facsimile:   (415) 983-1200

PILLSBURY WINTHROP SHAW PITTMAN LLP
DAVEED A. SCHWARTZ (State Bar No. 200046)
daveed.schwartz@pillsburylaw.com
400 Capitol Mall, Suite 1700
Sacramento, CA  95814-4419
Telephone:  (916) 329-4700
Facsimile:   (916) 441-3583

Attorneys for Defendant
LOGITECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR FULFORD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LOGITECH, INC., a California corporation, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C 08-02041 MMC<br><br>DEFENDANT LOGITECH, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT<br><br>Hearing Date:   October 3, 2008<br>Time:           9:00 a.m.<br>Courtroom:      7<br>Judge:          Hon. Maxine M. Chesney<br><br>Complaint Filed: April 18, 2008<br>Trial Date:      None Set |

1  **NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COMPLAINT**
2  **TO THE PLAINTIFF AND HIS ATTORNEYS OF RECORD IN THE ABOVE**
3  **ENTITLED MATTER:**
4      PLEASE TAKE NOTICE that on October 3, 2008, at 9:00 a.m. or as soon thereafter
5  as the matter may be heard, in Courtroom 7 before the Honorable Maxine M. Chesney of
6  the above-entitled Court, Defendant Logitech, Inc. ("Logitech") will and hereby does move,
7  pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss
8  with prejudice the entire "First Amended Class Action Complaint" ("FAC") filed by
9  Plaintiff Arthur Fulford ("Plaintiff"), specifically including both his individual allegations
10 and his allegations on behalf of the alleged putative class.
11     This Motion is based on this Notice of Motion and Motion, the Memorandum of
12 Points and Authorities, all pleadings and papers of record in this action, all matters on
13 which judicial notice may be requested and taken, and on such other and further evidence
14 and argument, written and oral, as may be presented to the Court at or prior to the hearing
15 on the Motion.
16
17 DATED: August 28, 2008     PILLSBURY WINTHROP SHAW PITTMAN LLP
18
19     By: /s/ Philip S. Warden
               Philip S. Warden
20         Daveed A. Schwartz
           Attorneys for Defendant
21     LOGITECH, INC.
22
23
24
25
26
27
28