1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   PHILIP S. WARDEN (State Bar No. 54752)
2  philip.warden@pillsburylaw.com
   50 Fremont Street
3  Post Office Box 7880
   San Francisco, CA 94120-7880
4  Telephone: (415) 983-1000
   Facsimile: (415) 983-1200
5
   PILLSBURY WINTHROP SHAW PITTMAN LLP
6  DAVEED A. SCHWARTZ (State Bar No. 200046)
   daveed.schwartz@pillsburylaw.com
7  400 Capitol Mall, Suite 1700
   Sacramento, CA 95814-4419
8  Telephone: (916) 329-4700
   Facsimile: (916) 441-3583
9
   Attorneys for Defendant
10 LOGITECH, INC.

11

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14  _____
                                     )
15  ARTHUR FULFORD, on behalf of himself ) Case No. C 08-02041 MMC
    and all others similarly situated,  )
16                                      ) REQUEST FOR JUDICIAL NOTICE IN
                   Plaintiff,           ) SUPPORT OF DEFENDANT
17                                      ) LOGITECH, INC.'S MOTION TO
         vs.                            ) DISMISS FIRST AMENDED
18                                      ) COMPLAINT
    LOGITECH, INC., a California corporation, )
19  and DOES 1-100, inclusive,          )
                                        ) Hearing Date: October 3, 2008
20                 Defendants.          ) Time:         9:00 a.m.
                                        ) Courtroom:    7
21                                      ) Judge:        Hon. Maxine M. Chesney
                                        )
22                                      ) Complaint Filed: April 18, 2008
                                        ) Trial Date:      None Set
23  _____)

24

25

26

27

28

701240497v1                    -1-              REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
                                                 DEFENDANT LOGITECH, INC.'S MOTION TO
                                                 DISMISS FIRST AMENDED COMPLAINT
                                                 Case No. C 08-02041 MMC

1    Defendant Logitech, Inc. ("Logitech") hereby requests that this Court take judicial
2    notice, pursuant to Rule 201 of the Federal Rules of Evidence, of the document identified
3    below. Logitech makes this request in support of its motion to dismiss the First Amended
4    Complaint ("FAC") filed August 11, 2008 by Plaintiff Arthur Fulford's ("Plaintiff") in the
5    above-entitled action.

6    A court may take judicial notice of adjudicative facts if requested by a party and
7    supplied with the necessary information. See Fed. R. Evid. 201(c). Judicial notice is
8    appropriate where the adjudicative fact that is the subject of the request for judicial notice is
9    either (1) generally known within the territorial jurisdiction of the trial court; or (2) capable
10   of accurate and ready determination by resort to sources whose accuracy cannot reasonably
11   be questioned. See id. at 201(b).

12   "A court may consider 'material which is properly submitted as part of the
13   complaint' on a motion to dismiss without converting into a motion for summary
14   judgment." See Lee v. City of Los Angeles, 250 F.3d 668, 688 (9th Cir. 2001) (quoting
15   Branch v. Tunnell, 14 F.3d 449, 453 (9th Cir. 1994), *cert. denied.*, 512 U.S. 1219 (1994),
16   *overruled on other grounds by* Galbraith v. County of Santa Clara, 307 F.3d 1119 (9th Cir.
17   2002)). If, as here, "the documents are not physically attached to the complaint, they may
18   be considered if the documents' 'authenticity ... is not contested' and 'the plaintiff's
19   complaint necessarily relies' on them." Lee v. City of Los Angeles, 250 F.3d at 688
20   (citation omitted.).

21   Of particular significance here is the holding in In re Portal Software, Inc. Securities
22   Litigation, 2005 WL 1910923, at *5 (N.D. Cal. Aug. 10, 2005) that where "a plaintiff fails
23   to attach to the complaint the documents on which the complaint is based, a defendant may
24   attach such documents to its motion to dismiss for the purpose of showing that the
25   documents do not support plaintiff's claim") (citing Branch v. Tunnell, 14 F.3d at 453-54).
26   In Branch, the Ninth Circuit elaborated as follows on the aforementioned concept:
27      We have said that a document is not "outside" the complaint if the complaint
28      specifically refers to the document and if its authenticity is not questioned.

1 | Townsend v. Columbia Operations, 667 F.2d 844, 848-49 (9th Cir. 1982).
2 | The leading commentators state that "when [the] plaintiff fails to introduce a
3 | pertinent document as part of his pleading, [the] defendant may introduce the
4 | exhibit as part of his motion attacking the pleading." 5 Charles Alan Wright
5 | & Arthur R. Miller, *Federal Practice and Procedure* § 1327, at 762-63 (2d
6 | Ed. 1990); accord Romani v. Shearson Lehman Hutton, 929 F.2d 875, 879
7 | n.3 (1st Cir, 1991). We have previously indicated approval of this rule, but
8 | have not explicitly adopted it. See, e.g., In re VeriFone Sec. Litig., 11 F.3d
9 | 865, 868 n. 2 (As it makes sense and comports with existing practice, we
10 | hold that documents whose contents are alleged in a complaint and whose
11 | authenticity no party questions, but which are not physically attached to the
12 | pleading, may be considered in ruling on a Rule 12(b)(6) motion to dismiss.
13 | Such consideration does "not convert the motion to dismiss into a motion for
14 | summary judgment." Romani, 929 F.2d at 879 n. 3.

15 See also, In re Autodesk, Inc. Sec. Litig., 132 F. Supp. 2d 833, 837 (N.D. Cal. 2000)
16 (holding further that a court may consider the full text of a document that the plaintiff's
17 complaint only partially quotes). Additionally, a court is not required to accept as true
18 allegations that contradict matters properly subject to judicial notice. See, e.g., Mullis v.
19 United States Bankr. Ct., 828 F.2d 1385, 1388 (9th Cir. 1987).
20 The document attached hereto as Exhibit 1 consists of five pages comprised of a
21 total of ten interrelated website postings all located at the same website address (the
22 "Exhibit 1 Website Address") within the www.logitech.com website. The "Exhibit 1
23 Website Address" is as follows:
24 "http://forums.logitechio.com/logitech/board/message?board.id=general_remotes&thread.id=4695."
25 The "Exhibit 1 Website Address" is listed in two separate footnotes within the "Factual
26 Allegations" section of the FAC—i.e., at ¶ 37 n. 5, in connection with a June 6, 2007
27 posting on Logitech's website; and at ¶ 33 n. 4, in connection with a June 4, 2007 posting
28 on Logitech's website.

1      1.     <u>The June 4, 2007 Posting on Logitech's Website, and at FAC, ¶ 37 & n. 5</u>

2      Plaintiff's FAC, at ¶ 37 & n. 5, refers to one of ten postings (the "June 4, 2007 Don

3  Harmony Posting") (also set forth below for ease of reference) contained in Exhibit 1 and

4  locatable at the "Exhibit 1 Website Address" within the www.logitech.com website.

5  Notably, as explained in Part II of Logitech's memorandum in support of its motion,

6  Plaintiff omits a critical fact regarding the June 4, 2007 Don Harmony Posting; i.e., its

7  posting date—June 4, 2007 (which is eight months <u>before</u> Plaintiff allegedly bought his

8  H1000).  The June 4, 2007 Don Harmony Posting is located on page two of Exhibit 1, and

9  is marked with a date and time "stamp" indicating it was posted to Logitech's website on

10  "06-04-2007" at "01:50 PM."

---

**Re: Harmony to drop Z wave completely in 1000!?!?!?!**   Options ▼

**DonHarmony**
Logi Team
Posts: 131
Registered: 07-12-2006

Message 4 of 22

Viewed 5685 times

I apologize for not previously posting a response to this discussion thread. This delay in posting may have caused some confusion regarding Z-Wave lighting capabilities of the Harmony 1000 and so I would like to clarify the situation by offering an official response on behalf of Logitech.

The Logitech Harmony 1000 was announced in September 2006 at CEDIA. Although Z-Wave lighting was never formally announced, the plan at that time was to have full Z-wave support of third-party Z-Wave Modules. Since that date Logitech has made the decision not to offer control of Z-Wave compatible lighting and home automation equipment for the Harmony 1000 remote. The company is focused instead on improving the interaction with the Harmony 1000 as it relates to the control of audio & video entertainment devices.

Z-Wave lighting control will continue to be supported for the Harmony 890, Harmony 895 & Harmony 890 Pro remote control.

**Kindest Regards,**

**The Harmony Support Team**

06-04-2007 01:50 PM

Kindest                                                                                                 Regards,

Don

---

1    2.    The June 6, 2007 Posting on Logitech's Website, and at FAC, ¶ 33 & n. 4

Plaintiff's FAC, at ¶ 37 & n 5, refers to another of the ten postings (the "June 6, 2007 Tekin Posting") (also set forth below for ease of reference) contained in Exhibit 1 and locatable at the Exhibit 1 Website Address within the www.logitech.com website. Notably, as explained in Part II of Logitech's memorandum in support of its motion, Plaintiff omits a critical fact regarding the "June 6, 2007 Tekin Posting"; i.e., its posting date—June 6, 2007 (which is eight months before Plaintiff allegedly bought his H1000). The June 4, 2007 Don Harmony Posting is located primarily on page five of Exhibit 1, and is marked with a date and time "stamp" indicating it was posted to Logitech's website on "06-06-2007" at "09:08 AM."

| | | |
|---|---|---|
| | **Re: Harmony to drop Z wave completely in 1000!?!?!?!** | Options |
| **btekin**<br>Logi Nu<br>Posts: 1<br>Registered: 03-08-2007<br><br>Message 10 of 22<br><br>Viewed 5510 times<br><br>06-06-2007 09:08 AM | I am very upset about logitech's announcemnet to drop z-wave. I have had my Harmony 1000 since March - right when it became available. I have suffered through the early firmware and connectivity problems in setting up the remote with my system. Whenever I inquired about z-wave with tech support, I was told the software was soon to come. I bought the RF extender from Logitech (which works great) specifically to work with the z-wave lighting controlls - once the software came out. Now I'm told I've invested $650 and countless hours with tech support only to NOT have z-wave ? This is an outrage and Very deceptive on Logitech's part. I bought the Harmony 1000 remote in part because of It's z-wave compatability. Period. What's the point of having a "high end" remote if it doesn't perform as expected and promoted? Logitech, hear me loud and clear : YOU NEED TO UPDATE SOFTWARE TO CONTROL Z-WAVE Brock Tekin | |

The document attached hereto as Exhibit 1 is the appropriate subject of judicial notice because – under the circumstances, where Plaintiff's FAC alleges its location on Logitech's website and also alleges and necessarily relies upon portions of its contents, it is appropriate for the Court to take judicial notice of it.

1  Based on the foregoing, Logitech respectfully requests that the Court take judicial
2  notice of Exhibit 1 attached hereto.
3
4  DATED: August 28, 2008        PILLSBURY WINTHROP SHAW PITTMAN LLP
5
6                                By: /s/ Philip S. Warden
                                      Philip S. Warden
7                                     Daveed A. Schwartz
                                  Attorneys for Defendant
8                                 LOGITECH, INC.

# EXHIBIT 1

Business | Investors | Partners | About | Press | Contact | Support

Home > Support + Downloads > Logitech Forums

# Remote - General Discussion

Register · Sign In · Help

**Logitech Forums : Harmony Remote Controls : Remote - General Discussion : Harmony to drop Z wave completely in 1000!?!?!**

Print This Page

Go To....

Reply     Thread Options ∨

Jump to Page:  **1** · 2 · 3  |  Next Page

◁◁ Message Listing     ◁ Previous Thread     Next Thread ▷

## Harmony to drop Z wave completely in 1000!?!?!     [ Edited ]     Options ∨

**Nolan**
Logi Visitor
Posts: 32
Registered: 03-02-2007

Message 1 of 22
Viewed 5935 times

06-01-2007 07:51 AM     Reply

Mabe someone from Harmony can comment on this. There has been a reply from you guys posted at AVS which says the followin: "Thank you for your recent inquiry about your Harmony Remote I have an update for you regarding Z-Wave functionality on the H1000 remote. Logitech has made the decision not to offer control of Z-Wave compatible lighting and home automation equipment for the Harmony 1000 remote. The company is focused instead on improving the interaction with the Harmony 1000 as it relates to the control of audio & video entertainment devices. If Z-Wave home automation is something that you have intended to implement with your Harmony remote, you can still get this feature with Logitech's Harmony 890 family of remote controls. We apologize for any inconvenience. If you have any questions or comments regarding the above information, please do not hesitate to contact our support team. " You may want to check out the response from your customers over at AVS. Maybe an official Logitech insider can post to say your stance. see post # 792  http://www.avsforum.com/avs-vb/showthread.php?p=10680356#post10680356

Message Edited by Nolan on 06-01-2007 07:51 PM

## Re: Harmony to drop Z wave completely in 1000!?!?!     Options ∨

**smedley**
Logi Browser
Posts: 15
Registered: 05-28-2007

Message 2 of 22

Reply

I believe that zwave technology will be updated to the 1000 in 2008. The zwave chip is still in the 1000, its just a matter a adding software to the unit.

Viewed 5782 times

06-03-2007 07:17 AM

Reply

**Nolan**
Logi Visitor
Posts: 32
Registered: 03-02-2007

Message 3 of 22
Viewed 5751 times

06-03-2007 12:18 PM

Reply

**DonHarmony**
Logi Team
Posts: 131
Registered: 07-12-2006

Message 4 of 22
Viewed 5687 times

06-04-2007 01:50 PM

Options ˅

### Re: Harmony to drop Z wave completely in 1000!?!?!?!

where did you hear 2008 from? Prior to see the email from harmony which said they are dropping it completely they told me "fathers day" Here is a quote from the email I got from Logitech. "I am sorry to hear that you are experiencing difficulties using your Harmony 1000. The issue with the Z-wave functionality, and the other issues with you Harmony have been logged and are being addressed. We will have this issue resolved in our subsequent release of our software and firmware updates. This is tentatively scheduled for the week of Father's Day."

Options ˅

### Re: Harmony to drop Z wave completely in 1000!?!?!?!

I apologize for not previously posting a response to this discussion thread. This delay in posting may have caused some confusion regarding Z-Wave lighting capabilities of the Harmony 1000 and so I would like to clarify the situation by offering an official response on behalf of Logitech.

The Logitech Harmony 1000 was announced in September 2006 at CEDIA. Although Z-Wave lighting was never formally announced, the plan at that time was to have full Z-wave support of third-party Z-Wave Modules. Since that date Logitech has made the decision not to offer control of Z-Wave compatible lighting and home automation equipment for the Harmony 1000 remote. The company is focused instead on improving the interaction with the Harmony 1000 as it relates to the control of audio & video entertainment devices.

Z-Wave lighting control will continue to be supported for the Harmony 890, Harmony 895 & Harmony 890 Pro remote control.

Kindest Regards,

The Harmony Support Team

Don

### Re: Harmony to drop Z wave completely in 1000!?!?!? [ Edited ]

**Nolan**
Logi Visitor
Posts: 32
Registered: 03-02-2007

Options

06-05-2007 07:39 AM

Message 5 of 22
Viewed 5636 times

This is total bull. This remote was advertised at CES 2007 as offering total Z wave support. It even stated that on your website. Don, what can people do like myself who bought this remote for Zwave, but are now left high and dry with this remote?? Thanks I can not return it where I bought it because I have had it for months.

Message Edited by Nolan on 06-05-2007 07:43 AM

Message Edited by Pegasus on 06-15-2007 03:19 AM

### Re: Harmony to drop Z wave completely in 1000!?!?!?

**WannabeActuary**
Logi Legend
Posts: 6670
Registered: 08-25-2006

Options

06-05-2007 07:53 AM

Message 6 of 22
Viewed 5628 times

for those financial buffs...time to short the stock

**Samsung DLP HDTV (HLP-5063W), Scientific Atlantic HD DVR (Explorer 8000HD), LG DVD Player (LGDVB418), JVC VCR (HR-S5901U), Sony Receiver (STR-DE697), XBox 360, Nintendo Wii....all with my Harmony One** (Note: I am not affiliated with Logitech®, Inc.) **Have you seen the FAQ Sticky?**

### Re: Harmony to drop Z wave completely in 1000!?!?!?

**smedley**
Logi Browser
Posts: 15
Registered: 05-28-2007

Options

06-05-2007 04:26 PM

Message 7 of 22
Viewed 5577 times

It was and is advertised that it is Zwave Compatible!!! Can't dispute that!

**AllanCes**
Logi Nu
Posts: 2
Registered: 06-06-2007

Message 8 of 22
Viewed 5539 times

06-06-2007 05:30 AM

Re: Harmony to drop Z wave completely in 1000!?!?!?!

Options

Don, Where do I send my Harmony 1000 for a refund? I bought it because it also had z-wave support, bought z-wave modules that were more expensive than x10 and did not require line of sight to a receiver to operate, everything thinking about integrating my HT control on a single controller. All sites that sell home automation solutions sell or say the Harmony 1000 is z-wave compatible. I've been mislead to buy a product that should have the capability to support z-wave, over other options from your competitors, and now you(logitech) "decided" to change the focus. Well, let me tell you, you can't change the focus without giving back the money to everyone that bought into that specific function. Allan

Reply

---

**FragMonger**
Logi Nu
Posts: 3
Registered: 06-06-2007

Message 9 of 22
Viewed 5519 times

06-06-2007 08:48 AM

Re: Harmony to drop Z wave completely in 1000!?!?!?!   [ Edited ]

Options

DonHarmony wrote:
The Logitech Harmony 1000 was announced in September 2006 at CEDIA. Although **Z-Wave lighting was never formally announced**, the plan at that time was to have full Z-wave support of third-party Z-Wave Modules. **Since that date Logitech has made the decision not to offer control of Z-Wave compatible lighting and home automation equipment for the Harmony 1000 remote.** The company is focused instead on improving the interaction with the Harmony 1000 as it relates to the control of audio & video entertainment devices.

Considering the fact that your own website STILL advertises the Harmony 1000 as z-wave compatible (link below), I consider this a VERY poor answer (more like an outright lie).

http://www.logitech.com/index.cfm/remotes/universal_remotes/&cl=us

Why drop an ADVERTISED feature, if your have the software to support it (and obviously, you do - since other Harmony remotes use it).

(Edited URL to prevent the page from stretching.)

Message Edited by Pegasus on 06-14-2007 11:23 PM

Reply

Re: Harmony to drop Z wave completely in 1000!?!?!?!

**btekin**
Logi Nu
Posts: 1
Registered: 03-08-2007

Message 10 of 22
Viewed 5512 times

06-06-2007 09:08 AM

I am very upset about logitech's announcemnet to drop z-wave. I have had my Harmony 1000 since March - right when it became available. I have suffered through the early firmware and connectivity problems in setting up the remote with my system. Whenever I inquired about z-wave with tech support, I was told the software was soon to come. I bought the RF extender from Logitech (which works great) specifically to work with the z-wave lighting controlls - once the software came out. Now I'm told I've invested $650 and countless hours with tech support only to NOT have z-wave ? This is an outrage and Very deceptive on Logitech's part. I bought the Harmony 1000 remote in part because of It's z-wave compatability. Period. What's the point of having a "high end" remote if it doesn't perform as expected and promoted? Logitech, hear me loud and clear : YOU NEED TO UPDATE SOFTWARE TO CONTROL Z-WAVE Brock Tekin

Jump to Page: **1** . 2 . 3 | Next Page

◁◁ Message Listing    ◁ Previous Thread    Next Thread ▷

Search

User Search · Advanced

Copyright © 2007 Logitech. All rights reserved.

Terms of Use | Privacy + Security | Subscribe | Register

powered by lithium