PILLSBURY WINTHROP SHAW PITTMAN LLP
PHILIP S. WARDEN (State Bar No. 54752)
philip.warden@pillsburylaw.com
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880
Telephone:  (415) 983-1000
Facsimile:   (415) 983-1200

PILLSBURY WINTHROP SHAW PITTMAN LLP
DAVEED A. SCHWARTZ (State Bar No. 200046)
daveed.schwartz@pillsburylaw.com
400 Capitol Mall, Suite 1700
Sacramento, CA  95814-4419
Telephone:  (916) 329-4700
Facsimile:   (916) 441-3583

Attorneys for Defendant
LOGITECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR FULFORD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LOGITECH, INC., a California corporation, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C 08-02041 MMC<br><br>[PROPOSED] ORDER GRANTING DEFENDANT LOGITECH, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>Hearing Date:  October 3, 2008<br>Time:  9:00 a.m.<br>Courtroom:  7<br>Judge:  Hon. Maxine M. Chesney |

1   Defendant Logitech, Inc. ("Logitech")'s Motion to Dismiss Plaintiff's First
2   Amended Complaint came on regularly for hearing on October 3, 2008, at 9:00 a.m. before
3   this Court, the Honorable Maxine M. Chesney presiding.  Having considered the papers
4   submitted by the parties, the arguments presented by counsel, and the full record in this
5   action, and finding good cause, IT IS HEREBY ORDERED that:
6       1.   Logitech's motion is GRANTED; and
7       2.   Each and every Claim for Relief in the First Amended Complaint is hereby
8   dismissed in its entirety with prejudice.

10  Dated: _____, 2008

    _____
    Honorable Maxine M. Chesney
    United States District Judge