1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   PHILIP S. WARDEN (State Bar No. 54752)
2  philip.warden@pillsburylaw.com
   50 Fremont Street
3  Post Office Box 7880
   San Francisco, CA  94120-7880
4  Telephone:  (415) 983-1000
   Facsimile:   (415) 983-1200
5
   PILLSBURY WINTHROP SHAW PITTMAN LLP
6  DAVEED A. SCHWARTZ (State Bar No. 200046)
   daveed.schwartz@pillsburylaw.com
7  400 Capitol Mall, Suite 1700
   Sacramento, CA  95814-4419
8  Telephone:  (916) 329-4700
   Facsimile:   (916) 441-3583
9
   Attorneys for Defendant
10 LOGITECH, INC.

11                        UNITED STATES DISTRICT COURT

12                        NORTHERN DISTRICT OF CALIFORNIA

13  _____
                                            )
14  ARTHUR FULFORD, on behalf of himself and )   Case No. C 08-02041 MMC
    all others similarly situated,,          )
15                                           )
                            Plaintiff,       )   **STIPULATION AND [PROPOSED]**
16                                           )   **ORDER**
           vs.                               )
17                                           )
    LOGITECH, INC., a California corporation,)
18  and DOES 1-100, inclusive,,              )
                                             )
19                          Defendants.      )
    _____)
20

21         Pursuant to Northern District Civil Local Rule 7-7(a), Defendant LOGITECH, INC.

22  (hereinafter "Defendant") and Plaintiff ARTHUR FULFORD (hereinafter "Plaintiff")

23  (collectively, the "Parties"), by and through their undersigned counsel, hereby jointly request that

24  the Court continue the hearing date for Defendant's motion to dismiss Plaintiff's complaint from

25  October 3, 2008 to October 24, 2008 to accommodate Plaintiff's Counsel's travel schedule.

26  Plaintiff's opposition to Defendant's motion has not yet been filed.  Thus, the Parties request that

27  the time for filing the opposition and reply papers extends automatically to 21 and 14 days,

28

1  respectively, preceding the new hearing date, as contemplated by Northern District Civil Local
2  Rule 7-7(d).
3       In addition, the Parties wish to continue their discussions regarding the possibility of an
4  early settlement following the Court's ruling on Defendant's motion to dismiss. Thus, the parties
5  jointly request that the Court continue the Initial Case Management Conference currently
6  scheduled for Friday, September 26, 2008 to Friday, December 12, 2008, at 10:30 a.m. The
7  parties shall file a Joint Case Management Conference Statement no later than December 5,
8  2008. Pending the Initial Case Management Conference, neither party will initiate any
9  discovery. Nothing herein shall serve as a waiver of any party's claims or defenses in this
10 matter.
11      IT IS SO STIPULATED:

12 Dated: September 5, 2008            LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

13                                     By:    /s/ Kristen E. Law
                                              Kristen E. Law
14
                                       Jonathan D. Selbin
15                                     Kristen E. Law
                                       275 Battery Street, 30th Floor
16                                     San Francisco, CA  94111-3339
                                       Telephone:   (415) 956-1000
17                                     Facsimile:   (415) 956-1008

18                                     David P. Meyer
                                       Matthew R. Wilson
19                                     DAVID P. MEYER & ASSOCIATES CO., LPA
                                       1320 Dublin Road, Suite 100
20                                     Columbus, Ohio 43215
                                       Telephone:   (614) 224-6000
21                                     Facsimile:   (614) 224-6066

22                                     Attorneys for Plaintiff and the Proposed Class

23 Dated: September 5, 2008            PILLSBURY WINTHROP SHAW PITTMAN LLP

24                                     By:    /s/ Philip S. Warden
                                              Philip S. Warden
25
                                       PHILIP S. WARDEN (State Bar No. 54752)
26                                     50 Fremont Street
                                       Post Office Box 7880
27                                     San Francisco, CA  94120-7880
                                       Telephone:   (415) 983-1000
28                                     Facsimile:   (415) 983-1200

DAVEED A. SCHWARTZ (State Bar No. 200046)
400 Capitol Mall, Suite 1700
Sacramento, CA 95814-4419
Telephone: (916) 329-4700
Facsimile: (916) 441-3583

Attorneys for Defendant LOGITECH, INC.

### ATTESTATION

I attest that signatory Kristen E. Law has concurred in the filing of this document on this date.

Dated: September 5, 2008          PILLSBURY WINTHROP SHAW PITTMAN LLP

By:    /s/ Philip S. Warden
       Philip S. Warden

PHILIP S. WARDEN (State Bar No. 54752)
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

DAVEED A. SCHWARTZ (State Bar No. 200046)
400 Capitol Mall, Suite 1700
Sacramento, CA 95814-4419
Telephone: (916) 329-4700
Facsimile: (916) 441-3583

Attorneys for Defendant LOGITECH, INC.

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.**

Dated: September __, 2008

_____
Hon. Maxine M. Chesney
United States District Court Judge