IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR FULFORD, et al., | No. C-08-2041 MMC |
| Plaintiffs, | **ORDER DENYING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| v. | |
| LOGITECH, INC., et al., | |
| Defendants. | |

Before the Court is Matthew R. Wilson's application for admission pro hac vice, filed September 2, 2008. Under the Civil Local Rules of this Court, an application for admission of an attorney pro hac vice must certify "[t]hat an attorney, identified by name, who is a member of the bar of this Court in good standing and who maintains an office within the State of California, is designated as co-counsel." Civil L.R. 11-3(a)(3). The above-referenced application does not certify that such an attorney has been designated as co-counsel. Accordingly, the application is hereby DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: September 15, 2008

MAXINE M. CHESNEY
United States District Judge