1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   PHILIP S. WARDEN (State Bar No. 54752)
2  philip.warden@pillsburylaw.com
   50 Fremont Street
3  Post Office Box 7880
   San Francisco, CA  94120-7880
4  Telephone:  (415) 983-1000
   Facsimile:   (415) 983-1200
5
   PILLSBURY WINTHROP SHAW PITTMAN LLP
6  DAVEED A. SCHWARTZ (State Bar No. 200046)
   daveed.schwartz@pillsburylaw.com
7  400 Capitol Mall, Suite 1700
   Sacramento, CA  95814-4419
8  Telephone:  (916) 329-4700
   Facsimile:   (916) 441-3583
9
   Attorneys for Defendant
10 LOGITECH, INC.

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13 _____

14 ARTHUR FULFORD, on behalf of himself and )   Case No. C 08-02041 MMC
   all others similarly situated,, )
15                                )
                        Plaintiff, )   **STIPULATION AND [PROPOSED]**
16                                )   **ORDER**
          vs.                     )
17                                )
   LOGITECH, INC., a California corporation, )
18 and DOES 1-100, inclusive,,    )
                                  )
19                    Defendants. )
   _____
20

21        Pursuant to Northern District Civil Local Rule 7-7(a), Defendant LOGITECH, INC.

22 (hereinafter "Defendant") and Plaintiff ARTHUR FULFORD (hereinafter "Plaintiff")

23 (collectively, the "Parties"), by and through their undersigned counsel, hereby jointly request that

24 the Court continue the hearing date for Defendant's motion to dismiss Plaintiff's complaint from

25 October 3, 2008 to October 24, 2008 to accommodate Plaintiff's Counsel's travel schedule.

26 Plaintiff's opposition to Defendant's motion has not yet been filed.  Thus, the Parties request that

27 the time for filing the opposition and reply papers extends automatically to 21 and 14 days,

28

1  respectively, preceding the new hearing date, as contemplated by Northern District Civil Local

2  Rule 7-7(d).

3        In addition, the Parties wish to continue their discussions regarding the possibility of an

4  early settlement following the Court's ruling on Defendant's motion to dismiss.  Thus, the parties

5  jointly request that the Court continue the Initial Case Management Conference currently

6  scheduled for Friday, September 26, 2008 to Friday, December 12, 2008, at 10:30 a.m.  The

7  parties shall file a Joint Case Management Conference Statement no later than December 5,

8  2008.  Pending the Initial Case Management Conference, neither party will initiate any

9  discovery.   Nothing herein shall serve as a waiver of any party's claims or defenses in this

10 matter.

11        IT IS SO STIPULATED:

12 Dated:  September 5, 2008        LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

13                                 By:      /s/ Kristen E. Law
                                         Kristen E. Law

14

15                                 Jonathan D. Selbin
                                   Kristen E. Law
16                                 275 Battery Street, 30th Floor
                                   San Francisco, CA  94111-3339
17                                 Telephone:   (415) 956-1000
                                   Facsimile:   (415) 956-1008

18                                 David P. Meyer
                                   Matthew R. Wilson
19                                 DAVID P. MEYER & ASSOCIATES CO., LPA
                                   1320 Dublin Road, Suite 100
20                                 Columbus, Ohio 43215
                                   Telephone:   (614) 224-6000
21                                 Facsimile:   (614) 224-6066

22                                 Attorneys for Plaintiff and the Proposed Class

23 Dated:  September 5, 2008        PILLSBURY WINTHROP SHAW PITTMAN LLP

24                                 By:      /s/ Philip S. Warden
                                         Philip S. Warden

25                                 PHILIP S. WARDEN (State Bar No. 54752)
26                                 50 Fremont Street
                                   Post Office Box 7880
27                                 San Francisco, CA  94120-7880
                                   Telephone:   (415) 983-1000
28                                 Facsimile:   (415) 983-1200

1   DAVEED A. SCHWARTZ (State Bar No. 200046)
    400 Capitol Mall, Suite 1700
2   Sacramento, CA  95814-4419
    Telephone:   (916) 329-4700
3   Facsimile:    (916) 441-3583

4   Attorneys for Defendant LOGITECH, INC.

5                    **ATTESTATION**

6       I attest that signatory Kristen E. Law has concurred in the filing of this document on this

7   date.

8   Dated:  September 5, 2008          PILLSBURY WINTHROP SHAW PITTMAN LLP

9                                     By:    _____/s/ Philip S. Warden_____
                                            Philip S. Warden
10

11                                    PHILIP S. WARDEN (State Bar No. 54752)
                                      50 Fremont Street
12                                    Post Office Box 7880
                                      San Francisco, CA  94120-7880
13                                    Telephone:     (415) 983-1000
                                      Facsimile:      (415) 983-1200
14

15                                    DAVEED A. SCHWARTZ (State Bar No. 200046)
                                      400 Capitol Mall, Suite 1700
16                                    Sacramento, CA  95814-4419
                                      Telephone:     (916) 329-4700
17                                    Facsimile:      (916) 441-3583

18                                    Attorneys for Defendant LOGITECH, INC.

19

20  **PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING THEREFORE,**

21  **IT IS SO ORDERED.**   with the exception that the hearing on defendant's motion to dismiss is
    hereby continued to October 31, 2008.
22

23  Dated:  September 8_, 2008        _____
                                      Hon. Maxine M. Chesney
24                                    United States District Court Judge

25

26

27

28

701247973v1                - 3 -                STIPULATION AND [PROPOSED] ORDER
                                                Case No. C 08-02041 MMC