RECEIVED
08 SEP 19 PH 1:56
FILING COURT
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
Northern District of California

Arthur Fulford, on behalf of himself and all other similarly situated,

CASE NO. 3:08-cv-2041 MMC

Plaintiff(s),

v.

Logitech, Inc., a California corporation, and DOES 1-100, inclusive,

Defendant(s).

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Matthew R. Wilson, an active member in good standing of the bar of Ohio whose business address and telephone number ~~(particular court to which applicant is admitted)~~ is

1320 Dublin Road, Suite 100
Columbus, OH 43215
614/224-6000

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: ~~ggg~~ September 22, 2008

*/s/ Maxine M. Chesney*
United States District Judge

Judge Maxine M. Chesney