IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR FULFORD, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>LOGITECH, INC.,<br><br>    Defendant.<br>_____/ | No. C-08-2041 MMC<br><br>**ORDER VACATING OCTOBER 31, 2008 HEARING** |

    Before the Court is defendant Logitech, Inc.'s ("Logitech") "Motion to Dismiss First Amended Complaint," filed August 28, 2008. Plaintiff Arthur Fulford ("Fulford") has filed opposition, to which Logitech has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision thereon, and hereby VACATES the hearing scheduled for October 31, 2008.

    **IT IS SO ORDERED.**

Dated: October 29, 2008

                                       MAXINE M. CHESNEY
                                       United States District Judge