| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | PHILIP S. WARDEN (State Bar No. 54752) |
| 2 | philip.warden@pillsburylaw.com |
|   | 50 Fremont Street |
| 3 | Post Office Box 7880 |
|   | San Francisco, CA  94120-7880 |
| 4 | Telephone:  (415) 983-1000 |
|   | Facsimile:   (415) 983-1200 |
| 5 | |
|   | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 6 | DAVEED A. SCHWARTZ (State Bar No. 200046) |
|   | daveed.schwartz@pillsburylaw.com |
| 7 | 400 Capitol Mall, Suite 1700 |
|   | Sacramento, CA  95814-4419 |
| 8 | Telephone:  (916) 329-4700 |
|   | Facsimile:   (916) 441-3583 |
| 9 | |
|   | Attorneys for Defendant |
| 10 | LOGITECH, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR FULFORD, on behalf of himself and all others similarly situated,, | Case No. C 08-02041 MMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| vs. | |
| LOGITECH, INC., a California corporation, and DOES 1-100, inclusive,, | |
| Defendants. | |

Pursuant to Northern District Civil Local Rules 7 and 16(e), Plaintiff ARTHUR FULFORD ("Plaintiff") and Defendant LOGITECH, INC. (hereinafter "Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby request that the Court continue for 30 days the Case Management Conference currently scheduled for Friday, December 12, 2008, and that the Parties' obligations under Rule 26(a) and 26(f) be reset consistent with the Federal Rules of Civil Procedure and this Court's local rules.

Good cause exists for the further extensions of time requested herein.  In particular, the Parties are currently discussing the possibility of an early settlement in light of the Court's

1  November 14, 2008 "Order Granting in Part and Denying in Part Defendant's Motion to
2  Dismiss; Granting Leave to Amend" and, due to the complex nature of this action, the Parties
3  require additional time to meaningfully evaluate settlement options.  Nothing herein shall serve
4  as a waiver of any party's claims or defenses in this matter.

5  **IT IS SO STIPULATED:**

6  Dated:  November 21, 2008            LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

7
                                       By:       /s/ Kristen E. Law
8                                               Kristen E. Law

9                                      Jonathan D. Selbin
                                       Kristen E. Law
10                                     275 Battery Street, 30th Floor
                                       San Francisco, CA  94111-3339
11                                     Telephone:   (415) 956-1000
                                       Facsimile:   (415) 956-1008
12
                                       DAVID P. MEYER & ASSOCIATES CO., LPA
13                                     David P. Meyer
                                       Matthew R. Wilson
14                                     1320 Dublin Road, Suite 100
                                       Columbus, Ohio 43215
15                                     Telephone:   (614) 224-6000
                                       Facsimile:   (614) 224-6066
16
                                       Attorneys for Plaintiff and the Proposed Class
17

18  Dated:  November 21, 2008            PILLSBURY WINTHROP SHAW PITTMAN LLP

19
                                       By:       /s/ Philip S. Warden
20                                              Philip S. Warden

21                                     PHILIP S. WARDEN (State Bar No. 54752)
                                       50 Fremont Street
22                                     Post Office Box 7880
                                       San Francisco, CA  94120-7880
23                                     Telephone:   (415) 983-1000
                                       Facsimile:   (415) 983-1200
24
                                       DAVEED A. SCHWARTZ (State Bar No. 200046)
25                                     400 Capitol Mall, Suite 1700
                                       Sacramento, CA  95814-4419
26                                     Telephone:   (916) 329-4700
                                       Facsimile:   (916) 441-3583
27
                                       Attorneys for Defendant LOGITECH, INC.
28

| | |
|---|---|
| 1 | **ATTESTATION** |

2    I attest that signatory Kristen E. Law has concurred in the filing of this document on this
3    date.

5    Dated: November 21, 2008              PILLSBURY WINTHROP SHAW PITTMAN LLP

                                           By:       /s/ Philip S. Warden

                                           PHILIP S. WARDEN (State Bar No. 54752)
                                           50 Fremont Street
                                           Post Office Box 7880
                                           San Francisco, CA  94120-7880
                                           Telephone:  (415) 983-1000
                                           Facsimile:  (415) 983-1200

                                           DAVEED A. SCHWARTZ (State Bar No. 200046)
                                           400 Capitol Mall, Suite 1700
                                           Sacramento, CA  95814-4419
                                           Telephone:  (916) 329-4700
                                           Facsimile:  (916) 441-3583

                                           Attorneys for Defendant LOGITECH, INC.

17    **PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING**
18    **THEREFORE,**

19    **IT IS SO ORDERED.**  Specifically, the Case Management Conference is continued to February 6, 2009.

21    Dated: November 24, 2008                          _____
                                                        Hon. Maxine M. Chesney
                                                        United States District Court Judge