1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    PHILIP S. WARDEN (State Bar No. 54752)
2   philip.warden@pillsburylaw.com
    50 Fremont Street
3   Post Office Box 7880
    San Francisco, CA  94120-7880
4   Telephone:  (415) 983-1000
    Facsimile:   (415) 983-1200
5
    PILLSBURY WINTHROP SHAW PITTMAN LLP
6   DAVEED A. SCHWARTZ (State Bar No. 200046)
    daveed.schwartz@pillsburylaw.com
7   400 Capitol Mall, Suite 1700
    Sacramento, CA  95814-4419
8   Telephone:  (916) 329-4700
    Facsimile:   (916) 441-3583
9
    Attorneys for Defendant
10  LOGITECH, INC.

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13  _____
                                            )
14  ARTHUR FULFORD, on behalf of himself and )   Case No. C 08-02041 MMC
    all others similarly situated,          )
15                                          )
                          Plaintiff,        )   **STIPULATION AND [PROPOSED]**
16                                          )   **ORDER EXTENDING UNTIL JANUARY**
            vs.                             )   **12, 2009 PLAINTIFF'S DEADLINE TO**
17                                          )   **FILE A SECOND AMENDED**
    LOGITECH, INC., a California corporation, )  **COMPLAINT**
18  and DOES 1-100, inclusive,              )
                                            )
19                        Defendants.       )
    _____)
20

21          Pursuant to Northern District Civil Local Rule 7, Plaintiff ARTHUR FULFORD

22  ("Plaintiff") and Defendant LOGITECH, INC. (hereinafter "Defendant") (collectively, the

23  "Parties"), by and through their undersigned counsel, hereby request that the Court continue for

24  31 days Plaintiff's current deadline of Friday, December 12, 2008, to file a Second Amended

25  Complaint, such that Plaintiff shall have until Monday, January 12, 2009, to file a Second

26  Amended Complaint.

27          Good cause exists for the extension of time requested herein.  In particular, the Parties are

28  continuing to discuss the possibility of an early settlement in light of the Court's November 14,

1    2008 "Order Granting in Part and Denying in Part Defendant's Motion to Dismiss; Granting

2    Leave to Amend" and, due to the complex nature of this action and due further to the impending

3    holidays, the Parties require additional time to meaningfully evaluate settlement options.

4    Nothing herein shall serve as a waiver of any party's claims or defenses in this matter.

5            **IT IS SO STIPULATED:**

6    Dated:  December 9, 2008          LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

7
                                       By:      /s/ Kristen E. Law
8                                            Kristen E. Law

9                                      Jonathan D. Selbin
                                       Kristen E. Law
10                                     275 Battery Street, 30th Floor
                                       San Francisco, CA  94111-3339
11                                     Telephone:   (415) 956-1000
                                       Facsimile:    (415) 956-1008
12
                                       DAVID P. MEYER & ASSOCIATES CO., LPA
13                                     David P. Meyer
                                       Matthew R. Wilson
14                                     1320 Dublin Road, Suite 100
                                       Columbus, Ohio 43215
15                                     Telephone:   (614) 224-6000
                                       Facsimile:    (614) 224-6066
16
                                       Attorneys for Plaintiff and the Proposed Class
17

18   Dated:  December 9, 2008          PILLSBURY WINTHROP SHAW PITTMAN LLP

19
                                       By:      /s/ Philip S. Warden
20                                           Philip S. Warden

21                                     PHILIP S. WARDEN (State Bar No. 54752)
                                       50 Fremont Street
22                                     Post Office Box 7880
                                       San Francisco, CA  94120-7880
23                                     Telephone:   (415) 983-1000
                                       Facsimile:    (415) 983-1200
24
                                       DAVEED A. SCHWARTZ (State Bar No. 200046)
25                                     400 Capitol Mall, Suite 1700
                                       Sacramento, CA  95814-4419
26                                     Telephone:   (916) 329-4700
                                       Facsimile:    (916) 441-3583
27
                                       Attorneys for Defendant LOGITECH, INC.
28

1

## ATTESTATION

2      I attest that signatory Kristen E. Law has concurred in the filing of this document on this

3    date.

4    Dated:  December 9, 2008              PILLSBURY WINTHROP SHAW PITTMAN LLP

5
                                         By:  _____/s/ Philip S. Warden_____
6
                                         PHILIP S. WARDEN (State Bar No. 54752)
7                                        50 Fremont Street
                                         Post Office Box 7880
8                                        San Francisco, CA  94120-7880
9                                        Telephone:  (415) 983-1000
                                         Facsimile:   (415) 983-1200
10
                                         DAVEED A. SCHWARTZ (State Bar No. 200046)
11                                       400 Capitol Mall, Suite 1700
                                         Sacramento, CA  95814-4419
12                                       Telephone:  (916) 329-4700
                                         Facsimile:   (916) 441-3583
13

14                                       Attorneys for Defendant LOGITECH, INC.

15

16      **PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING**

17    **THEREFORE,**

18      **IT IS SO ORDERED.**  Specifically, plaintiff's Second Amended Complaint shall be filed
     no later than January 12, 2009.
19

20    Dated:  _December 10, 2008_          _____
                                              Hon. Maxine M. Chesney
21                                         United States District Court Judge

22

23

24

25

26

27

28