| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | Philip S. Warden (State Bar No. 54752) |
| 2 | 50 Fremont Street |
| | San Francisco, CA 94105 |
| 3 | Telephone: (415) 983-1000 |
| | Facsimile: (415) 983-1200 |
| 4 | |
| | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 5 | Daveed A. Schwartz (State Bar No. 200046) |
| | 400 Capitol Mall, Suite 1700 |
| 6 | Sacramento, CA 95814 |
| | Telephone: (916) 329-4700 |
| 7 | Facsimile: (916) 441-3583 |
| 8 | Attorneys for Defendant LOGITECH, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR FULFORD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOGITECH, INC., a California corporation, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C 08-02041 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER** |

Pursuant to Northern District Civil Local Rules 5 and 6-1(a), Plaintiff ARTHUR FULFORD ("Plaintiff") and Defendant LOGITECH, INC. (hereinafter "Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby agree that Defendant Logitech, Inc. shall have up to and including Friday, February 20, 2009 (extended from Tuesday, January 27, 2009) to file its response to Plaintiff's Second Amended Complaint. Nothing herein shall serve as a waiver of any party's claims or defenses in this matter.

/////

/////

/////

701404075v1

**IT IS SO STIPULATED:**

Dated: January 21, 2009                LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:   /s/ Kristen E. Law
                Kristen E. Law

Jonathan D. Selbin
Kristen E. Law
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:   (415) 956-1000
Facsimile:    (415) 956-1008

David P. Meyer
Matthew R. Wilson
DAVID P. MEYER & ASSOCIATES CO., LPA
1320 Dublin Road, Suite 100
Columbus, Ohio 43215
Telephone:   (614) 224-6000
Facsimile:    (614) 224-6066

Attorneys for Plaintiff and the Proposed Class

Dated: January 21, 2009                PILLSBURY WINTHROP SHAW PITTMAN LLP

By:   /s/ Philip S. Warden
                Philip S. Warden

Philip S. Warden (State Bar No. 54752)
50 Fremont Street
San Francisco, CA 94105
Telephone:   (415) 983-1000
Facsimile:    (415) 983-1200

Daveed A. Schwartz (State Bar No. 200046)
400 Capitol Mall, Suite 1700
Sacramento, CA  95814
Telephone:   (916) 329-4700
Facsimile:    (916) 441-3583

Attorneys for Defendant LOGITECH, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   January 22, 2009                                   _/s/ Maxine M. Chesney_
                                                                              Hon. Maxine M. Chesney
                                                                              United States District Court Judge