IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR FULFORD, on behalf of himself and all others similarly situated<br><br>    Plaintiff,<br><br>  v.<br><br>LOGITECH INC.,<br><br>    Defendant.<br>_____/ | No. C-08-2041 MMC<br><br>**ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

    Before the Court is defendant Logitech, Inc.'s ("Logitech") "Motion for Administrative Relief to Continue Case Management Conference and Related Deadlines," filed January 22, 2009.  Plaintiff Arthur Fulford has filed opposition.  Having read and considered the papers filed in support of and in opposition to the motion, the Court finds Logitech has shown good cause for a continuance of the Case Management Conference.

    Accordingly, the motion is hereby GRANTED, and the Case Management Conference scheduled for February 6, 2009 is hereby CONTINUED to May 1, 2009.

    **IT IS SO ORDERED.**

Dated:  January 28, 2009

                                                    MAXINE M. CHESNEY<br>                                                    United States District Judge