IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR FULFORD, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>LOGITECH, INC.,<br><br>    Defendant. | No. C-08-2041 MMC<br><br>**ORDER VACATING MARCH 27, 2009 HEARING** |

     Before the Court is defendant Logitech, Inc.'s "Motion to Dismiss Plaintiff's Second Amended Complaint," filed February 20, 2009. Plaintiff Arthur Fulford has filed opposition, to which Logitech has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for decision thereon and hereby VACATES the hearing scheduled for March 27, 2009.

     **IT IS SO ORDERED.**

Dated: March 24, 2009

                                                     MAXINE M. CHESNEY
                                                     United States District Judge