**Lieff, Cabraser, Heimann & Bernstein, LLP**

ATTORNEYS AT LAW

KRISTEN E. LAW　　　　　　　　　　EMBARCADERO CENTER WEST　　　　　　　　　　NEW YORK
PARTNER　　　　　　　　　　275 BATTERY STREET, 30TH FLOOR　　　　　　　　　　NASHVILLE

SAN FRANCISCO, CALIFORNIA  94111-3339
TELEPHONE: (415) 956-1000
FACSIMILE: (415) 956-1008
mail@lchb.com
www.lchb.com

June 8, 2009

**VIA ELECTRONIC FILING**

Honorable Joseph C. Spero
US District Court, Northern District of California
450 Golden Gate Ave
Courtroom A, 15th floor
San Francisco, CA 94102

　　　　　Re:　*Fulford v. Logitech, Inc.*, Case No. 08-cv-02041 MMC (JCS)
　　　　　　　Discovery Order Dated June 8, 2009
　　　　　　　Client-Matter No. 3305-0001

Your Honor:

　　　　I write to address this Court's Order of today's date instructing lead trial counsel for the parties in *Fulford v. Logitech*, 08-cv-02041 MMC (JCS) to appear for an in-person meet and confer session in your courtroom at 9:30 am this Wednesday, June 10, 2009.

　　　　While my law partner, Jonathan Selbin, holds the title of lead trial counsel for this matter, I am the partner responsible for the day-to-day direction and oversight of the case. I am the person at Lieff Cabraser most familiar with this case, and I am able and authorized to negotiate discovery matters.  My office is in San Francisco. Mr. Selbin's office is in New York.

　　　　In light of these facts, I respectfully request the Court's permission to appear, without Mr. Selbin, for the meet and confer session this week.

Dated:  June 8, 2009　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　Kristen E. Law

IT IS SO ORDERED
Judge Joseph C. Spero

KEL:mg
820526.1