Jonathan D. Selbin (State Bar No. JS 3097)
jselbin@lchb.com
Kristen E. Law (State Bar No. 222249)
klaw@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

David P. Meyer (Ohio Bar #0065205) (*pro hac vice*)
dmeyer@dmlaws.com
Matthew R. Wilson (Ohio Bar #0072925) (*pro hac vice*)
mwilson@dmlaws.com
DAVID P. MEYER & ASSOCIATES, CO., LPA
1320 Dublin Road, Suite 100
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR FULFORD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOGITECH, INC., a California corporation, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C 08-02041 MMC (JCS)<br><br>**REVISED STIPULATION AND ~~[PROPOSED]~~ ORDER** |

Pursuant to Northern District Civil Local Rules 5 and 6-1(a) and the June 10, 2009 Minute Entry of this Court, Plaintiff ARTHUR FULFORD ("Plaintiff') and Defendant LOGITECH, INC. (hereinafter "Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby agree to extend the deadline and clarify the means by which Defendant will respond to Plaintiff's First Set of Requests for Production of Documents and First Set of Interrogatories, as follows:

1. Not later than July 16, 2009, subject to any general and specific objections Defendant shall produce non-privileged documents responsive to Document Request Nos. 38 (organizational charts) and 41 (insurance policies).

2. Not later than July 31, 2009, Defendant shall serve by hand-delivery or other method for delivery by that date its written responses and objections to Plaintiff's First Set of Requests for Production of Documents and First Set of Interrogatories to the San Francisco offices of Lieff, Cabraser, Heimann & Bernstein, LLP.

3. Not later than August 3, 2009, Defendant shall produce or make available for review and reproduction in San Francisco at a mutually convenient time during the week of August 3, 2009, the non-privileged documents responsive to Plaintiff's First Set of Requests for Production of Documents that Defendant will voluntarily produce. The Parties will share equally the cost of copying and Bates stamping documents Plaintiff selects for reproduction.

**IT IS SO STIPULATED.**

Dated: June 19, 2009

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: /s/_Kristen E. Law
Kristen E. Law

Jonathan D. Selbin
Kristen E. Law
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

David P. Meyer
Matthew R. Wilson
DAVID P. MEYER & ASSOCIATES CO., LPA
1320 Dublin Road, Suite 100
Columbus, Ohio 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

Attorneys for Plaintiff and the Proposed Class

Dated: June 19, 2009

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: /s/ Daveed A. Schwartz
Daveed A. Schwartz

Philip S. Warden (State Bar No. 54752)
50 Fremont Street
San Francisco, CA 94105
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Daveed A. Schwartz (State Bar No. 200046)
400 Capitol Mall, Suite 1700
Sacramento, CA 95814
Telephone: (916) 329-4700
Facsimile: (916) 441-3583

Attorney for Defendant LOGITECH, INC.

**ATTESTATION**

I attest that signatory Daveed A. Schwartz has concurred in the filing of this document on this date.

Dated: June 19, 2009

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: /s/ Kristen E. Law
Kristen E. Law

Jonathan D. Selbin
Kristen E. Law
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June 19, 2009

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
Judge Joseph C. Spero

Hon. Joseph C. Spero
United States Magistrate Judge