PILLSBURY WINTHROP SHAW PITTMAN LLP
Philip S. Warden (State Bar No. 54752)
50 Fremont Street
San Francisco, CA 94105
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

PILLSBURY WINTHROP SHAW PITTMAN LLP
Daveed A. Schwartz (State Bar No. 200046)
400 Capitol Mall, Suite 1700
Sacramento, CA 95814
Telephone: (916) 329-4700
Facsimile: (916) 441-3583

Attorneys for Defendant LOGITECH, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR FULFORD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOGITECH, INC., a California corporation, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C 08-02041 MMC (JCS)<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING ACTION; VACATING HEARING** |

Plaintiff ARTHUR FULFORD ("Plaintiff") and Defendant LOGITECH, INC. (hereinafter "Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby notify the Court that on June 30, 2009, the Parties entered into a Memorandum of Understanding for the purpose of negotiating a proposed class action settlement agreement in the above-entitled action. Accordingly, pursuant to Northern District Civil Local Rule 6-2,[1] the Parties hereby

---

[1] The following previous time modifications have occurred in this case: (1) June 19, 2009 Revised Stipulation and Order extending Logitech's deadline for responding to Plaintiff's First Set of Requests for Production of Documents and First Set of Interrogatories; (2) May 30, 2008 Stipulation and Order continuing Logitech's deadline for responding to the complaint; (3) June 19, 2008 Stipulation and Order continuing Logitech's deadline for responding to the complaint and continuing Case Management Conference; (4) July 3, 2008 Stipulation and Order continuing

1  STIPULATION AND [PROPOSED] ORDER

request that the Court immediately toll all deadlines and proceedings in this action until the earlier of the following events:

1. The Parties and their counsel successfully negotiate and completely execute a proposed class action settlement agreement that they jointly submit to the Court for its preliminary and final approval; or

2. One of the Parties informs the other in writing that their efforts to settle this action have failed.

The Parties agree that if they should fail to successfully negotiate and completely execute a proposed class action settlement agreement that they agree to jointly submit to the Court for its preliminary and final approval, they shall immediately notify the Court that their settlement efforts were unsuccessful and they shall immediately resume litigating this action according to a schedule established by the Court and in accordance with the Federal Rules of Civil Procedure.

There is good cause for the Court to stay all proceedings in this matter as requested herein. This litigation is likely to be concluded in a just and expeditious manner if the Parties are successful in their efforts to negotiate a proposed class actions settlement. Additionally, regardless of the outcome of the settlement negotiations, an immediate stay of all proceedings to enable Parties to attempt to negotiate a proposed class action settlement agreement will have no negative effect on the Court's ability to effectively and efficiently manage this action.

Accordingly, the Parties request that the Court schedule a case status conference for Friday, September 4, 2009. The Parties presently intend that in advance thereof, they will endeavor to jointly move for preliminary approval of a proposed class action settlement agreement. In the event they so move, they will simultaneously request that the Court treat the case status conference as a preliminary approval hearing.

---

Logitech's deadline for responding to the complaint and continuing Case Management Conference; 5) September 8, 2008 Order continuing case management conference and hearing on Logitech's motion to dismiss; (6) November 24, 2008 Stipulation and Order continuing case management conference; (7) December 10, 2008 Stipulation and Order extending Plaintiff's deadline to file a second amended complaint; (8) January 22, 2009 Stipulation and Order extending Logitech's deadline to file its response to Plaintiff's Second Amended Complaint; and (9) January 28, 2009 Order granting Logitech's "Motion for Administrative Relief to Continue Case Management Conference and Related Deadlines" and extending the date for the case management conference.

Nothing herein shall serve as a waiver of any party's claims or defenses in this matter.

**IT IS SO STIPULATED:**

Dated: July 7, 2009      LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:   /s/ Kristen E. Law
           Kristen E. Law

Jonathan D. Selbin
Kristen E. Law
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone:   (415) 956-1000
Facsimile:   (415) 956-1008

David P. Meyer
Matthew R. Wilson
DAVID P. MEYER & ASSOCIATES CO., LPA
1320 Dublin Road, Suite 100
Columbus, Ohio 43215
Telephone:   (614) 224-6000
Facsimile:   (614) 224-6066

Attorneys for Plaintiff and the Proposed Class

Dated: July 7, 2009      PILLSBURY WINTHROP SHAW PITTMAN LLP

By:   /s/ Philip S. Warden
           Philip S. Warden

Philip S. Warden (State Bar No. 54752)
50 Fremont Street
San Francisco, CA 94105
Telephone:   (415) 983-1000
Facsimile:   (415) 983-1200

Daveed A. Schwartz (State Bar No. 200046)
400 Capitol Mall, Suite 1700
Sacramento, CA 95814
Telephone:   (916) 329-4700
Facsimile:   (916) 441-3583

Attorneys for Defendant LOGITECH, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Additionally, in light of the stipulattion, the July 10, 2009 hearing on defendant's motion to amend is hereby VACATED, and said motion is hereby deemed withdrawn subject to renotice.

Dated:   July _7_, 2009

_____
Hon. Maxine M. Chesney
United States District Court Judge