IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR FULFORD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOGITECH, INC., a California corporation,<br><br>Defendant | No. C-08-2041 MMC<br><br>**ORDER ADVANCING HEARING ON PLAINTIFF'S MOTION FOR ORDER GRANTING PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT** |

Before the Court is plaintiff's "Motion for Order (1) Granting Preliminary Approval of Proposed Class Action Settlement; (2) Conditionally Certifying Settlement Class; (3) Approving Class Notice; (4) Appointing Class Counsel; and (5) Setting Final Approval Hearing Date and Related Dates," filed October 2, 2009. Plaintiff has noticed the matter for October 9, 2009, at 10:30 a.m.

The hearing on the above-titled motion is hereby ADVANCED to October 9, 2009, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: October 5, 2009

MAXINE M. CHESNEY
United States District Judge