Jonathan D. Selbin (State Bar No. 170222)
jselbin@lchb.com
Kristen E. Law (State Bar No. 222249)
klaw@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

David P. Meyer (Ohio Bar #0065205) (*pro hac vice*)
dmeyer@dmlaws.com
Matthew R. Wilson (Ohio Bar #0072925) (*pro hac vice*)
mwilson@dmlaws.com
DAVID P. MEYER & ASSOCIATES, CO., LPA
1320 Dublin Road, Suite 100
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR FULFORD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOGITECH, INC., a California corporation, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 08-cv-02041 MMC (JCS)<br><br>**CLASS ACTION**<br><br>~~[REVISED PROPOSED]~~ **ORDER (1) GRANTING PRELIMINARY APPROVAL TO THE REVISED PROPOSED SETTLEMENT; (2) PROVISIONALLY CERTIFYING THE PROPOSED SETTLEMENT CLASS; (3) APPROVING THE PROPOSED NOTICE PLAN AND REVISED FORM OF NOTICE; AND (4) SCHEDULING THE FINAL FAIRNESS HEARING** |

The parties have submitted for this Court's review a Revised Class Action Settlement Agreement resolving all claims in this action against Defendant Logitech Inc. ("Logitech"). Having reviewed the Revised Settlement Agreement, Plaintiff's uncontested Motion for an Order Granting Preliminary Approval to the Proposed Class Action Settlement, and

the files and records of this case, the Court now FINDS, CONCLUDES, and ORDERS as follows:

    1.    The proposed Revised Settlement is hereby PRELIMINARILY APPROVED. Final approval is subject to the hearing of any objections of members of the Settlement Class.

    2.    The proposed Settlement Class is provisionally certified for the sole purpose of effectuating the Revised Settlement.

    3.    Arthur Fulford is appointed as the Class Representative.

    4.    David P. Meyer & Associates, Co., LPA and Lieff, Cabraser, Heimann, & Bernstein, LLP are appointed as Class Counsel.

    5.    The Notice Plan is hereby APPROVED as follows:

    A.    The Revised Notice attached as Ex. B to the Revised Settlement is approved. The Parties are instructed to fill in the blanks in the Revised Notice with specific dates that comport with the schedule ordered herein prior to dissemination. Once the blanks have been filled in with the appropriate dates, the Revised Notice will be considered final.

    B.    The Claim Form attached as Appendix A to the Revised Notice is approved. The Parties are instructed to fill in the blanks in the Claim Form with specific dates that comport with the schedule ordered herein prior to dissemination. Once the blanks have been filled in with the appropriate dates, the Claim Form will be considered final.

    C.    The proposed manner of distributing the Notice is approved.

    D.    Within 14 days following the entry of this Order, Logitech shall send the final Revised Notice and final Claim Form in the manner described in the Revised Settlement.

    6.    Further proceedings in this matter shall proceed according to the following schedule:

    October 16, 2009    Preliminary Approval Granted

| | | |
|---|---|---|
| October 30, 2009 | | Deadline for emailing the final Revised Notice to all Class Members for whom Logitech has an email address |
| January 28, 2010: | | Last day to postmark a Claim Form, opt out, or object to the Settlement |
| February 19, 2010: | | Deadline to file Plaintiffs' Motion for Final Approval and Award of Attorneys' Fees |
| | | Deadline to file Response to Objections, if any |
| March 5, 2010: | | Fairness Hearing |

IT IS SO ORDERED.

Dated: October 15, 2009

_____
Hon. Maxine M. Chesney
United States District Court Judge