PILLSBURY WINTHROP SHAW PITTMAN LLP
PHILIP S. WARDEN (54752)
philip.warden@pillsburylaw.com
50 Fremont Street
P.O. Box 7880
San Francisco, CA  94120-7880
Telephone:   (415) 983-1000
Facsimile:    (415) 983-1200

Attorneys for Defendant LOGITECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR FULFORD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOGITECH, INC., a California corporation, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 08-cv-02041 MMC (JCS)<br><br>DEFENDANT LOGITECH, INC.'S STATEMENT OF COMPLIANCE WITH 28 U.S.C. § 1715<br><br>Dept.:      7<br>Judge:     Hon. Maxine M. Chesney |

TO THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Section IX of the Revised Class Action Settlement Agreement, Defendant Logitech, Inc. hereby confirms that it has complied with its obligations pursuant to 28 U.S.C. § 1715.

Dated:  October 26, 2009

PILLSBURY WINTHROP SHAW PITTMAN LLP
PHILIP S. WARDEN (54752)
50 Fremont Street
P.O. Box 7880
San Francisco, CA  94120-7880
Telephone:  (415) 983-1000
Facsimile:   (415) 983-1200

By:            /s/  Philip S. Warden
                    Philip S. Warden
Attorneys for Defendant LOGITECH, INC.