IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR FULFORD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOGITECH, INC., a California corporation,<br><br>Defendant<br>_____/ | No. C-08-2041 MMC<br><br>**ORDER DIRECTING DEFENDANT TO FILE SUPPLEMENT TO STATEMENT OF COMPLIANCE** |

Before the Court is defendant's Statement of Compliance and Response to Objections ("Statement"), filed February 19, 2010, submitted in connection with plaintiff's Motion for Final Settlement Approval, also filed February 19, 2010.

In its Statement, defendant has not identified the number of claims made by class members; rather, defendant asserts it should not be required to publicly set forth such number. Defendant also states, however, it has no objection "to provid[ing] the number of claims to the Court, upon the Court's request, for the Court's in camera review, prior to or during the Fairness Hearing on March 5, 2010." (See Statement at 4:3-5.)

The number of claims made by class members bears on the adequacy of the proposed settlement. See In re Mego Financial Corp. Sec. Litig., 213 F. 3d 454, 458 (9th Cir. 2000) (identifying, as factor to consider when determining adequacy of proposed

settlement, "the reaction of the class members to the proposed settlement"). Consequently, the Court finds it appropriate to direct defendant to supplement its Statement by setting forth the number of claims made.

Accordingly, defendant is hereby DIRECTED to file, no later than March 2, 2010 at 4:00 p.m., a supplement to its Statement and, specifically, to state therein the number of claims made. In light of defendant's assertion that such information should not be publicly disclosed, the Court will allow defendant to file such supplement under seal.[1]

**IT IS SO ORDERED.**

Dated: February 23, 2010

MAXINE M. CHESNEY
United States District Judge

---

[1] By the instant order, the Court has not ruled on whether the number of claims is the type of information that should not be made publicly available. Said issue will be addressed at the March 5, 2010 hearing.