# Exhibit A

# Opt-Outs
Fulford v. Logitech, Inc.
08-cv-02041 MMC (JCS)

|    | Name                  | Address                                       |
|----|-----------------------|-----------------------------------------------|
| 1  | Bojrab, Christopher D.| 703 Pro-Med Lane<br>Carmel, IN 46032          |
| 2  | Dahlfors, Theodore E. | 788 Mesquite Lane<br>Keller, TX 76248         |
| 3  | Gagne, Ronald         | 28327 Lone Mountain Ct.<br>Menifee, CA 92584  |
| 4  | Hinson, Margie        | 345 Sisco Rd.<br>Pamona Park, FL 32181        |
| 5  | Lindsay, Norman       | 151 Rice Avenue<br>Northborough, MA 01532     |
| 6  | Reid, Edward A.       | 117 Swan Lake Court<br>Chapel Hill, NC 27517-7624 |
| 7  | Mullen, Peter         | 1 Crutchfield Park<br>Charlottesville, VA 22911-9097 |
| 8  | Pellecchia, David A.  | 5041 Oakhurst Ln.,<br>Frisco, TX 75034        |
| 9  | Sheese, Dean & Dianne | 2170 Golden Rain Drive<br>Chesterfield, MO 63017 |
| 10 | Willhite, Gary        | 3454 Barnweill Street<br>Land O Lakes, FL 34638 |