IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARTHUR FULFORD,

        Plaintiff,

v.

LOGITECH, INC.,

        Defendant.
_____/

No. CV-08-2041 MMC

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

    The action is dismissed on the merits with prejudice and without costs or attorney's fees to any party except as otherwise provided in the Order Granting Attorney's Fees and Costs and Service Award to the Named Plaintiff.

Dated: March 5, 2010                                  Richard W. Wieking, Clerk

                                                          By: Tracy Lucero
                                                               Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARTHUR FULFORD,

        Plaintiff,

v.

LOGITECH, INC.,

        Defendant.

No. CV-08-2041 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

    The action is dismissed on the merits with prejudice and without costs or attorney's fees to any party except as otherwise provided in the Order Granting Attorney's Fees and Costs and Service Award to the Named Plaintiff.

Dated: March 5, 2010

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk