```
 1  PILLSBURY WINTHROP SHAW PITTMAN LLP
    PHILIP S. WARDEN (State Bar No. 54752)
 2  philip.warden@pillsburylaw.com
    50 Fremont Street
 3  Post Office Box 7880
    San Francisco, CA  94120-7880
 4  Telephone:  (415) 983-1000
    Facsimile:  (415) 983-1200
 5
    Attorneys for Defendant
 6  LOGITECH, INC.
 7
 8              UNITED STATES DISTRICT COURT
 9              NORTHERN DISTRICT OF CALIFORNIA
10
11  ARTHUR FULFORD, on behalf of himself   )  Case No. C 08-cv-02041 MMC (JCS)
    and all others similarly situated,     )
12                                         )  [PROPOSED] ORDER GRANTING
                Plaintiff,                 )  LOGITECH'S APPLICATION FOR
13                                         )  ORDER TO SHOW CAUSE RE
        vs.                                )  CONTEMPT
14                                         )
    LOGITECH, INC., a California corporation, )  Date:
15  and DOES 1-100, inclusive,             )  Time:
                                           )  Dept.:   7
16              Defendants.                )  Judge:   Hon. Maxine M. Chesney
                                           )
17
```

18    The motion of Defendant LOGITECH, INC. ("Logitech") for an order granting

19 Logitech's Ex Parte Application for Order to Show Cause re Contempt came ~~on regularly for~~ before the Court

20 ~~hearing~~ on __April 22___, 2010.  The Court having considered the papers submitted by the

21 parties, the oral argument of counsel and papers on file in this case, and good cause showing,

22 /////

23 /////

24 /////

25 /////

26 /////

27 /////

28 /////

1    It is hereby ORDERED that:

2    Michael A. Fitzgerald appear before this Court ~~either telephonically or~~ in person at

3    __10:00 a.m.__ on __April 30__, 2010 to show cause why: 1) he should not be held in contempt

4    for violating the Court's March 5, 2010 Order Granting Final Approval of Class Action

5    Settlement in this matter and b) he should not be required to pay Logitech's fees and costs of

6    $5,000 in bring its <u>ex parte</u> application for order to show cause re contempt.

7

8    Dated: __April 22__, 2010.                    _____
                                                   The Honorable Maxine M. Chesney
9                                                  United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28