IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR FULFORD, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>LOGITECH, INC., a California corporation,<br><br>    Defendant<br>_____/ | No. C-08-2041 MMC<br><br>**ORDER DENYING REQUEST TO CONTINUE APRIL 30, 2010 HEARING** |

    The Court has received this date a letter dated April 26, 2010, from Michael A. Fitzgerald, seeking a continuance of the April 30, 2010 hearing on the Court's Order to Show Cause issued April 22, 2010.

    In light of the May 4, 2010 date set for the trial in the Commonwealth of Virginia, on which this Court's Order to Show Cause is predicated, a continuance of the hearing on said Order is not practicable.

    Accordingly, the request for a continuance is hereby DENIED.

    **IT IS SO ORDERED.**

Dated: April 29, 2010

                                                  MAXINE M. CHESNEY
                                                United States District Judge