| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | PHILIP S. WARDEN (State Bar No. 54752) |
| 2 | philip.warden@pillsburylaw.com |
| | 50 Fremont Street |
| 3 | Post Office Box 7880 |
| | San Francisco, CA  94120-7880 |
| 4 | Telephone:  (415) 983-1000 |
| | Facsimile:  (415) 983-1200 |
| 5 | |
| | Attorneys for Defendant |
| 6 | LOGITECH, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTHUR FULFORD, on behalf of himself and all others similarly situated, | ) ) ) | Case No. C 08-cv-02041 MMC (JCS) |
| Plaintiff, | ) ) ) | [PROPOSED] ORDER GRANTING LOGITECH, INC.'S APPLICATION FOR ATTORNEYS' FEES |
| vs. | ) ) | |
| LOGITECH, INC., a California corporation, and DOES 1-100, inclusive, | ) ) ) | Dept.:   7 Judge:   Honorable Maxine M. Chesney |
| Defendants. | ) ) | |

The Court having considered Defendant LOGITECH, INC.'s ("Logitech") Application for Attorneys' Fees, the supporting Declaration of Philip S. Warden, and papers on file in this case, and no opposition having been filed by Michael A. Fitzgerald, and good cause showing,

It is hereby ORDERED that:

Michael A. Fitzgerald pay Logitech its reasonable attorneys' fees in the amount of $5,000.00 incurred in bringing its application for order to show cause, appearing at the April 30, 2010 hearing before this Court, and responding to the action that Mr. Fitzgerald filed in the Commonwealth of Virginia.

Dated: June 15, 2010.

_____
The Honorable Maxine M. Chesney
United States Magistrate Judge

702206968v1

1

[PROPOSED] ORDER GRANTING LOGITECH, INC.'S APPLICATION FOR ATTORNEYS' FEES
Case No. 08-cv-02041 MMC (JCS)